**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**                                                  Case No. 08-cr-139-PB

<u>Carl Connor et al</u>.

**O R D E R**

Defendant, Crystal Lopez, through counsel, has moved to continue the trial scheduled for August 18, 2009, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 18, 2009 to November 4, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The July 27, 2009 final pretrial conference is continued to October 19, 2009 at 4:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 27, 2009

cc: Andrew Schulman, Esq.
    Dona Feeney, Esq.
    Paul Garrity, Esq.
    Richard Monteith, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal